**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

Date: March 28, 2018
Docket #: 16-3682cr
Short Title: United States of America v. Hidalgo

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

DC Docket #: 1:13-cr-205-1
DC Court: WDNY (BUFFALO)
DC Judge: Schroeder
DC Judge: Arcara

**NOTICE OF SUBMISSION DATE**
**FOR DETERMINATION OF APPEAL**

**Submission Date:    Friday, May 18, 2018.**

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of submission. The Court will consider the motion or stipulation at the time of submission, and counsel's appearance is not required. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.